UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. |
| TERRY LEWIS BURSTON | 1:12-CR-0180-1-CAP |

### O R D E R

After carefully considering the report and recommendation of the magistrate judge [Doc. No. 48], together with the objections thereto [Doc. No. 53] and the record as a whole, the court receives the report and recommendation with approval and ADOPTS it as the opinion and order of this court.

**SO ORDERED** this 1st day of March, 2013.


/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge